Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 6/30/2011**

**Chapter 13 Case # 10-46222**

Re:   RANDALL S.D. JACOBS                              Atty:   MARK GOLDMAN, ESQ.
      JILL W JACOBS                                            MARK GOLDMAN, PC
      5 HAMPTON COURT                                          7 GLENWOOD AVE, SUITE 311B
      CALDWELL,  NJ  07006                                     EAST ORANGE, NJ  07017

### RECEIPTS AS OF 06/30/2011   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2011 | $6,140.00 | 2058223 | 03/03/2011 | $6,022.00 | 2058486 |
| 03/23/2011 | $6,022.00 | 2221722 | 04/12/2011 | $6,022.00 | 2221768 |
| 05/18/2011 | $6,022.00 | 2221996 | 06/20/2011 | $6,453.00 | 2343202 |

**Total Receipts: $36,681.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $36,681.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 06/30/2011   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | | | | | | |
| | 04/21/2011 | $1,054.67 | 626136 | 05/19/2011 | $285.32 | 627881 |
| | 06/23/2011 | $413.23 | 630180 | | | |
| STATE OF NJ | | | | | | |
| | 06/23/2011 | $2,077.52 | 630670 | | | |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 04/21/2011 | $13,390.82 | 627807 | 05/19/2011 | $4,633.96 | 629478 |
| | 06/23/2011 | $4,633.96 | 631522 | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,753.22 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,738.51 | 100.00% | 3,738.51 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 902.99 | 100.00% | 0.00 | 902.99 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 28,599.06 | 100.00% | 0.00 | 28,599.06 |
| 0003 | BAC HOME LOANS SERVICING LP | MORTGAGE ARREA | 27,544.12 | 100.00% | 0.00 | 27,544.12 |
| 0004 | BMW FINANCIAL SERVICES NA | VEHICLE SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | SALLIE MAE SERVICING | UNSECURED | 59,921.77 | 100.00% | 0.00 | 59,921.77 |
| 0011 | CITIBANK SOUTH DAKOTA NA | UNSECURED | 126.42 | 100.00% | 0.00 | 126.42 |
| 0013 | UNITED STATES TREASURY/IRS | SECURED | 70,377.87 | 100.00% | 0.00 | 70,377.87 |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 40,498.21 | 100.00% | 22,658.74 | 17,839.47 |

Chapter 13 Case # 10-46222

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0019 | UNITED STATES TREASURY/IRS | UNSECURED | 86,965.77 | 100.00% | 0.00 | 86,965.77 |
| 0023 | STATE OF NJ | PRIORITY | 6,076.47 | 100.00% | 2,077.52 | 3,998.95 |
| 0024 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SALLIE MAE SERVICING | UNSECURED | 51,850.98 | 100.00% | 0.00 | 51,850.98 |
| 0027 | STATE OF NJ | UNSECURED | 760.82 | 100.00% | 0.00 | 760.82 |

**Total Paid: $30,227.99**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: July 13, 2011.

Receipts: $36,681.00      -      Paid to Claims: $24,736.26      -      Admin Costs Paid: $5,491.73      =      Funds on Hand: $6,453.01

**NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.