| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br>  RANDALL S.D. JACOBS<br>  JILL W JACOBS |



Order Filed on
01/08/2013
by Clerk U.S. Bankruptcy
Court District of New Jersey

Case No.: 10-46222 RG

Hearing Date:  3/16/2011

Judge:  ROSEMARY GAMBARDELLA

Debtor is Entitled To Discharge

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: 01/08/2013**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):    RANDALL S.D. JACOBS
JILL W JACOBS

Case No.:    10-46222 RG

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 03/28/2011 is hereby modified as a result of the expiration of the claims bar date and that commencing 12/01/2010 the Debtor shall pay the Standing Trustee the sum of $150,993.00 paid into date over 25 month(s), and then commencing 01/01/2013 the sum of $5479.00 for a period of 35 month(s); and it is further
- ORDERED, that Student loans to be paid outside the plan.; and it is further
- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

*Approved by Judge Rosemary Gambardella    January  08, 2013*