Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2012

**Chapter 13 Case # 10-46222**

Re:   RANDALL S.D. JACOBS                                    Atty:   MARK GOLDMAN, ESQ.
      JILL W JACOBS                                                  MARK GOLDMAN, PC
      5 HAMPTON COURT                                                7 GLENWOOD AVE, SUITE 311B
      CALDWELL,  NJ  07006                                           EAST ORANGE, NJ  07017

## RECEIPTS AS OF 12/31/2012     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 02/08/2011 | $6,140.00 | 2058223 | 03/03/2011 | $6,022.00 | 2058486 |
| 03/23/2011 | $6,022.00 | 2221722 | 04/12/2011 | $6,022.00 | 2221768 |
| 05/18/2011 | $6,022.00 | 2221996 | 06/20/2011 | $6,453.00 | 2343202 |
| 08/03/2011 | $6,453.00 | 2343378 | 08/18/2011 | $11,064.00 | 2343335 |
| 09/28/2011 | $6,453.00 | 2438713 | 11/04/2011 | $6,453.00 | 2438821 |
| 11/29/2011 | $6,453.00 | 2438965 | 12/30/2011 | $6,453.00 | 2343473 |
| 02/08/2012 | $6,453.00 | 2494147 | 02/29/2012 | $6,453.00 | 2494173 |
| 04/04/2012 | $6,453.00 | 2494345 | 05/04/2012 | $6,453.00 | 2494464 |
| 06/04/2012 | $6,453.00 | 2494649 | 07/03/2012 | $6,453.00 | 2494852 |
| 08/07/2012 | $6,453.00 | 2494882 | 09/12/2012 | $6,453.00 | 2720606 |
| 10/09/2012 | $6,453.00 | 2720658 | 11/14/2012 | $6,453.00 | 2720764 |
| 12/05/2012 | $6,453.00 | 2720865 | | | |

**Total Receipts: $150,993.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $150,993.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2012     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVICING LP | | | | | | |
| | 09/14/2011 | $208.53 | 636,399 | 10/19/2011 | $1,666.02 | 638,496 |
| | 09/07/2012 | $192.87 | 661,461 | 10/15/2012 | $1,435.81 | 663,756 |
| | 11/13/2012 | $1,697.16 | 666,000 | 12/17/2012 | $4,891.04 | 668,328 |
| INTERNAL REVENUE SERVICE | | | | | | |
| | 12/14/2011 | $5,141.86 | 642,632 | 01/18/2012 | $10,283.71 | 644,754 |
| | 02/14/2012 | $694.32 | 645,571 | 03/21/2012 | $11,049.48 | 648,996 |
| | 05/16/2012 | $4,856.29 | 653,039 | 06/18/2012 | $5,070.32 | 655,307 |
| | 07/16/2012 | $4,987.69 | 657,483 | 08/03/2012 | ($4,987.69) | 657,483 |

**Chapter 13 Case # 10-46222**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| Marie-Ann Greenberg | | | | | | |
| | 04/21/2011 | $1,054.67 | 626,136 | 05/19/2011 | $285.32 | 627,881 |
| | 06/23/2011 | $413.23 | 630,180 | 07/20/2011 | $374.27 | 631,605 |
| | 09/14/2011 | $1,015.98 | 634,890 | 10/19/2011 | $658.04 | 636,927 |
| | 12/14/2011 | $490.43 | 640,939 | 01/18/2012 | $980.85 | 643,603 |
| | 02/14/2012 | $57.11 | 646,774 | 03/21/2012 | $908.83 | 8,000,000 |
| | 05/16/2012 | $399.44 | 8,000,002 | 06/18/2012 | $272.48 | 8,000,003 |
| | 07/16/2012 | $268.04 | 8,000,004 | 09/07/2012 | $18.30 | 8,000,006 |
| | 10/15/2012 | $354.85 | 8,000,007 | 11/13/2012 | $419.45 | 8,000,008 |
| | 12/17/2012 | $1,208.80 | 8,000,009 | | | |
| STATE OF NJ | | | | | | |
| | 06/23/2011 | $2,077.52 | 630,670 | 07/20/2011 | $1,113.11 | 632,441 |
| | 09/14/2011 | $2,885.84 | 635,963 | 10/05/2011 | ($2,077.52) | 630,670 |
| | 10/19/2011 | $2,077.52 | 638,062 | | | |
| STATE OF NJ DIVISON OF TAXATION | | | | | | |
| | 12/14/2011 | $820.72 | 641,868 | 01/18/2012 | $1,641.44 | 643,946 |
| | 02/03/2012 | ($820.72) | 641,868 | 03/07/2012 | ($1,641.44) | 643,946 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 04/21/2011 | $13,390.82 | 627,807 | 05/19/2011 | $4,633.96 | 629,478 |
| | 06/23/2011 | $4,633.96 | 631,522 | 07/20/2011 | $4,965.63 | 633,095 |
| | 09/14/2011 | $532.81 | 636,834 | 09/14/2011 | $12,873.84 | 636,834 |
| | 10/19/2011 | $4,256.85 | 638,949 | 09/07/2012 | $492.81 | 661,961 |
| | 10/15/2012 | $3,668.63 | 664,291 | 11/13/2012 | $4,336.40 | 666,481 |
| | 12/17/2012 | $12,497.07 | 668,825 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 8,581.61 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,155.11 | 100.00% | 3,738.51 | 3,416.60 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 902.99 | 100.00% | 0.00 | 902.99 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 28,599.06 | 100.00% | 0.00 | 28,599.06 |
| 0003 | BAC HOME LOANS SERVICING LP | MORTGAGE ARR | 27,544.12 | 100.00% | 10,091.43 | 17,452.69 |
| 0004 | BMW FINANCIAL SERVICES NA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | VL FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CITIBANK NA | UNSECURED | 126.42 | 100.00% | 0.00 | 126.42 |
| 0013 | UNITED STATES TREASURY/IRS | SECURED | 70,377.87 | 100.00% | 25,784.57 | 44,593.30 |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 40,498.21 | 100.00% | 40,498.21 | 0.00 |
| 0019 | UNITED STATES TREASURY/IRS | UNSECURED | 88,425.43 | 100.00% | 0.00 | 88,425.43 |
| 0023 | STATE OF NJ | PRIORITY | 6,076.47 | 100.00% | 6,076.47 | 0.00 |
| 0024 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SALLIE MAE PC TRUST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | STATE OF NJ | UNSECURED | 760.82 | 100.00% | 0.00 | 760.82 |
| 0028 | INTERNAL REVENUE SERVICE | PRIORITY | 37,095.98 | 100.00% | 37,095.98 | 0.00 |
| 0029 | STATE OF NJ DIVISON OF TAXATION | PRIORITY | 8,300.00 | 100.00% | 0.00 | 8,300.00 |

**Total Paid:  $131,866.78**
See Summary

**Chapter 13 Case # 10-46222**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 11 , 2013.

Receipts: $150,993.00       -    Paid to Claims: $119,546.66    -    Admin Costs Paid: $12,320.12   =    Funds on Hand: $19,126.22

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.