Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/24/2014

#### Chapter 13 Case # 10-46222

Re:  RANDALL S.D. JACOBS                          Atty:  GOLDMAN & BESLOW, LLC
     JILL W JACOBS                                       ATTORNEYS AT LAW
     5 HAMPTON COURT                                     7 GLENWOOD AVE, SUITE 311B
     CALDWELL,  NJ  07006                                EAST ORANGE, NJ  07017

## RECEIPTS AS OF 01/24/2014          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 02/08/2011 | $6,140.00 | 2058223 | 03/03/2011 | $6,022.00 | 2058486 |
| 03/23/2011 | $6,022.00 | 2221722 | 04/12/2011 | $6,022.00 | 2221768 |
| 05/18/2011 | $6,022.00 | 2221996 | 06/20/2011 | $6,453.00 | 2343202 |
| 08/03/2011 | $6,453.00 | 2343378 | 08/18/2011 | $11,064.00 | 2343335 |
| 09/28/2011 | $6,453.00 | 2438713 | 11/04/2011 | $6,453.00 | 2438821 |
| 11/29/2011 | $6,453.00 | 2438965 | 12/30/2011 | $6,453.00 | 2343473 |
| 02/08/2012 | $6,453.00 | 2494147 | 02/29/2012 | $6,453.00 | 2494173 |
| 04/04/2012 | $6,453.00 | 2494345 | 05/04/2012 | $6,453.00 | 2494464 |
| 06/04/2012 | $6,453.00 | 2494649 | 07/03/2012 | $6,453.00 | 2494852 |
| 08/07/2012 | $6,453.00 | 2494882 | 09/12/2012 | $6,453.00 | 2720606 |
| 10/09/2012 | $6,453.00 | 2720658 | 11/14/2012 | $6,453.00 | 2720764 |
| 12/05/2012 | $6,453.00 | 2720865 | 01/15/2013 | $6,453.00 | 2721077 |
| 02/12/2013 | $5,475.00 | 2783126 | 03/12/2013 | $5,475.00 | 2721086 |
| 04/15/2013 | $5,475.00 | 2783384 | 05/14/2013 | $5,475.00 | 2783559 |
| 06/19/2013 | $5,475.00 | 2897177 | 07/24/2013 | $5,475.00 | 1467200126 |
| 08/27/2013 | $5,475.00 | 1467200256 | 10/01/2013 | $5,475.00 | 1467200455 |
| 11/05/2013 | $5,475.00 | 1467200563 | 12/03/2013 | $5,475.00 | 1467200674 |
| 01/02/2014 | $5,475.00 | 1467200782 | | | |

**Total Receipts: $217,671.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $217,671.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/24/2014          (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| AMERICAN EXPRESS CENTURION BANK | | | | | | | |
| | 01/16/2014 | $16.37 | 696,378 | | 01/16/2014 | $518.55 | 696,378 |
| BAC HOME LOANS SERVICING LP | | | | | | | |
| | 09/14/2011 | $208.53 | 636,399 | | 10/19/2011 | $1,666.02 | 638,496 |
| | 09/07/2012 | $192.87 | 661,461 | | 10/15/2012 | $1,435.81 | 663,756 |
| | 11/13/2012 | $1,697.16 | 666,000 | | 12/17/2012 | $4,891.04 | 668,328 |
| | 01/22/2013 | $1,734.53 | 670,718 | | 02/19/2013 | $1,697.16 | 672,925 |
| | 03/18/2013 | $1,439.94 | 675,025 | | 04/15/2013 | $1,439.94 | 677,335 |
| | 05/20/2013 | $1,439.94 | 679,838 | | 06/17/2013 | $1,561.05 | 680,713 |
| | 07/12/2013 | $1,486.14 | 682,895 | | | | |

**Chapter 13 Case # 10-46222**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| BMW FINANCIAL SERVICES NA | | | | | | | |
| | 01/16/2014 | $6.35 | 696,556 | | | | |
| INTERNAL REVENUE SERVICE | | | | | | | |
| | 12/14/2011 | $5,141.86 | 642,632 | | 01/18/2012 | $10,283.71 | 644,754 |
| | 02/14/2012 | $694.32 | 645,571 | | 03/21/2012 | $11,049.48 | 648,996 |
| | 05/16/2012 | $4,856.29 | 653,039 | | 06/18/2012 | $5,070.32 | 655,307 |
| | 07/16/2012 | $4,987.69 | 657,483 | | 08/03/2012 | ($4,987.69) | 657,483 |
| Marie-Ann Greenberg | | | | | | | |
| | 04/21/2011 | $1,054.67 | 626,136 | | 05/19/2011 | $285.32 | 627,881 |
| | 06/23/2011 | $413.23 | 630,180 | | 07/20/2011 | $374.27 | 631,605 |
| | 09/14/2011 | $1,015.98 | 634,890 | | 10/19/2011 | $658.04 | 636,927 |
| | 12/14/2011 | $490.43 | 640,939 | | 01/18/2012 | $980.85 | 643,603 |
| | 02/14/2012 | $57.11 | 646,774 | | 03/21/2012 | $908.83 | 8,000,000 |
| | 05/16/2012 | $399.44 | 8,000,002 | | 06/18/2012 | $272.48 | 8,000,003 |
| | 07/16/2012 | $268.04 | 8,000,004 | | 09/07/2012 | $18.30 | 8,000,006 |
| | 10/15/2012 | $354.85 | 8,000,007 | | 11/13/2012 | $419.45 | 8,000,008 |
| | 12/17/2012 | $1,208.80 | 8,000,009 | | 01/22/2013 | $666.20 | 8,000,010 |
| | 02/19/2013 | $419.44 | 8,000,011 | | 03/18/2013 | $355.88 | 8,000,012 |
| | 04/15/2013 | $355.87 | 8,000,014 | | 05/20/2013 | $355.88 | 8,000,016 |
| | 06/17/2013 | $201.28 | 8,000,019 | | 07/12/2013 | $191.63 | 8,000,023 |
| | 08/09/2013 | $191.62 | 8,000,027 | | 09/16/2013 | $191.63 | 8,000,031 |
| | 10/21/2013 | $310.08 | 8,000,035 | | 12/16/2013 | $323.03 | 8,000,043 |
| | 01/16/2014 | $322.88 | 8,000,047 | | | | |
| NATIONSTAR MORTGAGE LLC | | | | | | | |
| | 08/09/2013 | $1,486.14 | 685,937 | | 09/16/2013 | $1,486.14 | 688,262 |
| | 10/21/2013 | $1,391.11 | 690,731 | | 12/16/2013 | $1,449.18 | 695,212 |
| | 01/16/2014 | $841.42 | 697,427 | | | | |
| STATE OF NJ | | | | | | | |
| | 06/23/2011 | $2,077.52 | 630,670 | | 07/20/2011 | $1,113.11 | 632,441 |
| | 09/14/2011 | $2,885.84 | 635,963 | | 10/05/2011 | ($2,077.52) | 630,670 |
| | 10/19/2011 | $2,077.52 | 638,062 | | 01/16/2014 | $13.79 | 697,989 |
| STATE OF NJ DIVISON OF TAXATION | | | | | | | |
| | 12/14/2011 | $820.72 | 641,868 | | 01/18/2012 | $1,641.44 | 643,946 |
| | 02/03/2012 | ($820.72) | 641,868 | | 03/07/2012 | ($1,641.44) | 643,946 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 04/21/2011 | $13,390.82 | 627,807 | | 05/19/2011 | $4,633.96 | 629,478 |
| | 06/23/2011 | $4,633.96 | 631,522 | | 07/20/2011 | $4,965.63 | 633,095 |
| | 09/14/2011 | $532.81 | 636,834 | | 09/14/2011 | $12,873.84 | 636,834 |
| | 10/19/2011 | $4,256.85 | 638,949 | | 09/07/2012 | $492.81 | 661,961 |
| | 10/15/2012 | $3,668.63 | 664,291 | | 11/13/2012 | $4,336.40 | 666,481 |
| | 12/17/2012 | $12,497.07 | 668,825 | | 01/22/2013 | $4,431.89 | 671,247 |
| | 02/19/2013 | $4,336.39 | 673,372 | | 03/18/2013 | $3,679.19 | 8,000,013 |
| | 04/15/2013 | $3,679.18 | 8,000,015 | | 05/20/2013 | $3,679.19 | 8,000,018 |
| | 06/17/2013 | $3,988.63 | 8,000,022 | | 07/12/2013 | $3,797.24 | 8,000,026 |
| | 08/09/2013 | $3,797.23 | 8,000,030 | | 09/16/2013 | $3,797.24 | 8,000,034 |
| | 10/21/2013 | $3,554.43 | 8,000,038 | | 12/16/2013 | $3,702.80 | 8,000,046 |
| | 01/16/2014 | $2,149.89 | 8,000,050 | | 01/16/2014 | $1,603.31 | 8,000,050 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 12,467.03 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 7,155.11 | 100.00% | 7,155.11 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 902.99 | 100.00% | 16.37 | 886.62 |
| 0002 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 28,599.06 | 100.00% | 518.55 | 28,080.51 |

**Chapter 13 Case # 10-46222**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0003 | NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 27,544.12 | 100.00% | 27,544.12 | 0.00 |
| 0004 | BMW FINANCIAL SERVICES NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | CHASE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | VL FUNDING | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | CITIBANK NA | UNSECURED | 126.42 | 100.00% | 0.00 | 126.42 |
| 0013 | UNITED STATES TREASURY/IRS | SECURED | 70,377.87 | 100.00% | 70,377.87 | 0.00 |
| 0018 | UNITED STATES TREASURY/IRS | PRIORITY | 40,498.21 | 100.00% | 40,498.21 | 0.00 |
| 0019 | UNITED STATES TREASURY/IRS | UNSECURED | 88,425.43 | 100.00% | 1,603.31 | 86,822.12 |
| 0023 | STATE OF NJ | PRIORITY | 6,076.47 | 100.00% | 6,076.47 | 0.00 |
| 0024 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | AMERICAN EXPRESS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0026 | SALLIE MAE PC TRUST | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0027 | STATE OF NJ | UNSECURED | 760.82 | 100.00% | 13.79 | 747.03 |
| 0028 | INTERNAL REVENUE SERVICE | PRIORITY | 37,095.98 | 100.00% | 37,095.98 | 0.00 |
| 0029 | STATE OF NJ DIVISON OF TAXATION | PRIORITY | 8,300.00 | 100.00% | 0.00 | 8,300.00 |
| 0030 | BMW FINANCIAL SERVICES NA | UNSECURED | 350.00 | 100.00% | 6.35 | 343.65 |

**Total Paid:  $203,373.16**

See Summary

# SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17 , 2014.

Receipts: $217,671.00        -    Paid to Claims: $183,751.02    -    Admin Costs Paid: $19,622.14  =    Funds on Hand: $14,297.84

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.