Charles H. Jeanfreau
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York NY 10004
Telephone: (212) 268-5540
Email: CharlesJ@w-legal.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Bankruptcy Case No. 10-46222-RG |
| RANDALL JACOBS And JILL JACOBS, | Chapter: 13 |
| Debtors. | |

## WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that the Creditor, Nationstar Mortgage LLC hereby withdraws its

Motion for Relief from Stay, filed February 17, 2016, Docket No. 58, in the above-referenced

bankruptcy proceeding.

Dated: May 24, 2016

Respectfully Submitted,

*/s/ Charles H. Jeanfreau*
Charles H. Jeanfreau
Weinstein & Riley, P.S.
11 Broadway, Suite 615
New York NY 10004
Telephone: (212) 268-5540
Email: CharlesJ@w-legal.com
Attorneys for Movant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2016 a copy of the Withdrawal of Motion for Relief from Stay was sent to the following parties by First Class U.S. postage prepaid:

Debtor
Randall Jacobs and Jill Jacobs
5 Hampton Court
Caldwell, NJ 07006

Attorney for Debtor
Mark Goldman
Goldman & Beslow, LLC
7 Glenwood Ave., Ste. 311b
East Orange, NJ 07017

Attorney for Debtor
Bruce Levitt
Levitt & Slafkes PC
515 Valley Street, Suite 140
Maplewood NJ 07040

Trustee
Marie-Ann Greenberg
30 Two Bridges Rd Ste 330
Fairfield, NJ 070041550

Dated: May 24, 2016

Respectfully Submitted,

*/s/ Tiffany Cruz*