| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CHRISTOPHER S. PORRINO<br>Attorney General of New Jersey<br>25 Market Street<br>P.O. Box 106<br>Trenton, New Jersey 08625-0106<br><br>By: Heather Lynn Anderson (015962003)<br> Deputy Attorney General | Order Filed on April 17, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Randall and Jill Jacobs | Case No.:      10-46222<br><br>Chapter:           13<br><br>Hearing Date:    04/05/2017<br><br>Judge:     Gambardella, USBJ |

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: April 17, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having heard the motion filed by _____State of New Jersey_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$8,300.00_____ will be forwarded to _____New Jersey Division of Taxation_____ at the following address:

New Jersey Division of Taxation

c/o Richard Flatch

50 Barrack Street, Box 245

Trenton, NJ  08625

*new.8/1/15*