Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.:  10−46222−RG
                Chapter:  13
                Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Randall S D Jacobs | Jill W Jacobs |
| 5 Hampton Court | 5 Hampton Court |
| Caldwell, NJ 07006 | Caldwell, NJ 07006 |

Social Security No.:
  xxx−xx−3414                                             xxx−xx−4498

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 11, 2019</u>                 <u>Rosemary Gambardella</u>
                                                    Judge, United States Bankruptcy Court