B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

_____ District Of _____

In re _____,      Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____          _____
        Name of Transferee                                                                  Name of Transferor

Name and Address where notices to transferee          Court Claim # (if known): _____
should be sent:                                                                    Amount of Claim: _____
Shellpoint Mortgage Servicing                                            Date Claim Filed: _____
P.O. Box 10826
Greenville, SC 29603-0826

Phone: _____          Phone: _____
Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:_____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



| | | |
|---|---|---|
| P.O. Box 10826<br>Greenville, SC 29603-0826 | Phone: 800-365-7107<br>Fax: 866-467-1137<br>www.shellpointmtg.com | Hours of operation<br>Mon - Thur: 8:00AM-10:00PM<br>Fri: 8:00AM-10:00PM<br>Sat: 8:00AM-3:00PM |

November 9, 2018

RANDALL JACOBS
JILL JACOBS
LEVITT & SLAFKES, P.C.
515 VALLEY STREET- SUITE 140
MAPLEWOOD NJ 07040

Account Number:
Principal Balance: $630,477.39
Property Address: 5 HAMPTON CT
CALDWELL, NJ 07006

Dear Homeowner(s):

**Shellpoint Mortgage Servicing ("Shellpoint")** welcomes you! We're pleased that the owner of your mortgage loan has entrusted us to service your account.

**The servicing of your mortgage is being transferred.** Effective 11/01/2018, the **servicing** of your mortgage loan (collecting payments, paying taxes and insurance, etc.) transfers from Nationstar to Shellpoint.

**Important bankruptcy notice.** If you are in bankruptcy or have received a bankruptcy discharge of this debt, this notice is to advise you of the status of your mortgage loan. If your debt has been discharged in accordance with applicable bankruptcy laws, or if you are subject to the automatic stay of Section 362 of the United States Bankruptcy Code, this notice is neither a demand for payment or a notice of personal liability. However, this may be a notice of possible enforcement of the lien against the collateral property that was not discharged in your bankruptcy.

Your prior servicer, Nationstar, will stop accepting payments on 11/01/2018. Shellpoint will start accepting mortgage payments on 11/01/2018.

**Manage your mortgage online.** To help you manage your mortgage account, we've created a set of easy-to-use online **tools**. Just use your computer, tablet, or phone to visit our website at **www.shellpointmtg.com**. If you haven't already done so, select the **Setup Your Account** option from the **Tools** menu and create an account with us. After you've set up your account, you can view and print statements, get answers to common questions, chat with a live representative, and more.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

**Call us if you need to** at **800-365-7107**. Our **automated phone system** gives you 24-hour access to your account, so you can check payment status, get answers to common questions, and access a wide range of account information. If you need to speak with someone, our Customer Care Team is available **Mon. – Fri. 8 a.m.** to **10 p.m**. and **Sat. 8 a.m.** to **3 p.m**. (Eastern time).

**Were you working on a loan modification or other loss-mitigation plan?** If you completed a loan modification or other loss-mitigation plan with your previous servicer—or if you applied for such a plan—please call us right away. Dial **888-436-4402** ext. **5963**, to speak with your SPOC (Single Point of Contact), **Patrick Lovejoy**, so we can make sure your plan information has been properly transferred to us. If necessary, we'll contact your previous servicer to obtain missing documents.

**¿Hablas Español?** Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al numero **800-365-7107**.

*Welcome to Shellpoint!* We look forward to serving you, and we're committed to providing you with an excellent mortgage-servicing experience.

Sincerely,

*Customer Care Team*
**Shellpoint Mortgage Servicing**
P.O. Box 10826
Greenville, SC 29603-0826
**800-365-7107**



# Helping You Manage Your Mortgage

Please review the following important information regarding your loan.

## Loan Information

To help simplify the management of your mortgage, we have provided the following information.

| Terms of Your Mortgage | |
|---|---|
| Loan Number |  |
| Loan Origination Date | 05/13/2005 |
| Original Loan Amount | $750,000.00 |
| Current Interest Rate | 6.75% |
| Term | 360 months |
| Maturity Date | 06/01/2035 |

| Current Balances | |
|---|---|
| Principal Balance | $630,477.39 |
| Escrow Balance | $-50,649.25 |

## Reach Out to Us


Call
800-365-7107


Live Chat
www.shellpointmtg.com


Secure Email
www.shellpointmtg.com

# FAQs

| | |
|---|---|
| **What if I make a payment to my previous servicer?** | Your previous servicer will forward your payment to us. |
| **Will the terms of my mortgage loan be affected by this servicing transfer?** | No. The terms of your mortgage are not affected by this transfer, other than those directly related to the servicing of your loan. |
| **What if I have more than one loan?** | This letter refers only to loan number 0578512140. If more than one loan is transferring to Shellpoint, we will send you a Welcome Letter and information for each loan. |

Except in limited circumstances, the law requires your present servicer to send notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after the effective date or transfer date or at closing. The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage, other than the terms directly related to the servicing of your loan (e.g. payments and inquiries).

By January 31 of each year, Shellpoint Mortgage Servicing provides an Annual Tax and Interest Statement for IRS reporting on the portion of the previous year that Shellpoint Mortgage Servicing serviced your loan. If your loan is currently escrowed for taxes and/or insurance, Shellpoint Mortgage Servicing is required by law to analyze your loan. Shellpoint Mortgage Servicing will notify you in writing if your payment amount changes.

Premiums for mortgage life, accidental death or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage through direct billing. Please contact your previous servicer if you are unsure of your carrier's name.

You should also be aware of the following information, which is explained in more detail in Section 6 and Section 12 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605, 12 CFR Sections 1024.35 and 1024.36).

RESPA Section 6 and Section 12 give you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within five (5) business days of receiving your request. A "qualified written request" is a written correspondence—other than writing on a payment coupon or other payment-related documents supplied by your servicer—that includes your name, account number, and reasons for the request. Send all qualified written requests to Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826; or you can call 800-365-7107.

No later than thirty 30 days (not including weekends and legal public holidays) after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During this 30-day period, your servicer may not provide information to a consumer-reporting agency concerning any overdue payment related to the 30-day period or your qualified written request. However, the servicer may still begin foreclosure proceedings if proper grounds exist under the mortgage documents.

A "business day" is a day on which the offices of the business are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals if servicers are shown to have violated the requirements of that Section. Seek legal advice if you believe your rights have been violated.

If you have any questions for your previous servicer, Nationstar, about your mortgage loan or this transfer, please contact their Customer Service department:

Nationstar
8950 Cypress Waters Blvd.
Coppell, TX 75019
(888) 480-2432

**Please read the following important notices as they may affect your rights.**

New Penn Financial LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

如果您要使用英语以外的其他语言进行交流，请致电 800-365-7107，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Adv. No.: _____ |
| | Hearing Date: _____ |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____        _____
                                                                 Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |